In the Matter of the Claim of ESTHER SUTTER, Respondent, against GENERAL RAILWAY SIGNAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ABRAHAM PRINCE, Respondent, against SAMUEL PRINCE FRAME PICTURE CORPORATION and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN F. BURKE, Respondent, against MARTIN J. CONNORS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LAURA FERRI, Respondent, against 235–237 EAST ONE HUNDRED AND FIFTH STREET CORPORATION, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.